UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU,<br><br>Plaintiff,<br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No. C 11-1747 MEJ<br><br>**JUDGMENT** |

On April 25, 2012, the Court granted Defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge